NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CATHY A. ADKINS,  )
)
        Appellant,  )
)
v.  )      Case No. 2D18-1225
)
GREGORY L. ADKINS,  )
)
        Appellee.  )
_____)

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Pasco
County; Lauralee G. Westine, Judge.

David J. Kurland of Law Office of David
J. Kurland, Largo, for Appellant.

Gregory L. Adkins, pro se.


PER CURIAM.


       Affirmed.


KELLY, KHOUZAM, and LUCAS, JJ., Concur.